Case 5:21-cv-03940-NC    Document 16    Fi

FILED

Jan 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EUREKA

Robert F. Buzzard, Esq.  SBN 303357
CALIFORNIA INJURY AGENCY
729 1st Street, Suite D
Brentwood, CA 94513
Phone:  (866) 465-2999
Fax:     (925) 289-8846

Attorney for Plaintiff(s).

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLEN CHAN and MARGARETTE CHAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA, US POSTAL SERVICE, MARLON B. PARILLA, and DOES 1 through 10, inclusive,<br><br>             Defendants. | **CASE NO.: 5:21-cv-03940**<br><br>**ORDER OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE FED. R. CI. P. 41(a)(1)** |

No defendant having filed an answer or motion for summary judgment in this matter.

Plaintiff ALLEN CHAN, HEREBY dismisses this entire action without prejudice or admission of any kind in accordance with Fed. R. Civ. P. Rule 4 l(a)( I). It is so ordered.

DATE:  January 24, 2022

JUDGE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

_____

Ho[n.] _____

GRANTED
Judge Nathanael M. Cousins